KENNETH MAXWELL, ESQ.
Nevada Bar No. 9389
MICAH K MTATABIKWA-WALKER, ESQ.
Nevada Bar No. 13731
BAUMAN LOEWE WITT & MAXWELL, PLLC.
3650 N. Rancho Dr., Ste. 114
Las Vegas, Nevada  89130
Telephone No.:  702-240-6060
Fax No.:  702-240-4267
Email: mmills@blwmlawfirm.com

Counsel for Plaintiff,
Allstate Insurance Company

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA – RENO**

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, as insurer and subrogee for Tony Blassingame,<br><br>Plaintiff,<br><br>vs.<br><br>SHENZHEN GLOBALEGROW E-COMMERCE CO., LTD, a foreign international entity D/B/A FLOUREON; SHANXI BAIYAN TROUSERS CHAIN MANAGEMENT CO., LTD, a foreign international entity; DOES I-V, inclusive; and ROE BUSINESS ENTITIES I-V, inclusive,<br><br>Defendants. | CASE NO:  2:17-cv-02862<br><br>**REQUEST TO EXTEND TIME FOR SERVICE OF PROCESS** |

Plaintiff, Allstate Insurance Company, as insurer and subrogee for Tony Blassingame ("Plaintiff"), by and through counsel undersigned, hereby requests this Court for an extension of time to effectuate service of process on the above-named Defendants.  Federal Rules of Civil Procedure Rule 6(b)(1) provides that "when an act

may or must be done within a specific time, the court may, for good cause shown, extend the time."

Defendants in this matter are both foreign national business entities domiciled in Hong Kong, China and doing business in the United States. Neither Defendant has an agent for service of process in the United States. Plaintiff anticipates that effectuating service of process on Defendants will take significantly longer than is customary, and accordingly requests this Court extend the deadline for service of process for nine (9) months. Plaintiff has arranged for professional service of process through Civil Action Group, Ltd., who have informed Plaintiff that they anticipate service of process through the Hague Authority process to take them approximately nine (9) months to accomplish.

A proposed order granting the extension of time to serve Defendants is filed concurrently herewith.

BAUMAN LOEWE WITT & MAXWELL, PLLC.

*/s/ Micah K. Mtatabikwa-Walker*
KENNETH MAXWELL, ESQ.
Nevada Bar No. 9389
MICAH K MTATABIKWA-WALKER, ESQ.
Nevada Bar No. 13731
3650 North Rancho Dr., Suite 114
Las Vegas, Nevada 89130
Counsel for Plaintiff,
Allstate Insurance Company

KENNETH MAXWELL, ESQ.
Nevada Bar No. 9389
MICAH K MTATABIKWA-WALKER, ESQ.
Nevada Bar No. 13731
BAUMAN LOEWE WITT & MAXWELL, PLLC.
3650 N. Rancho Dr., Ste. 114
Las Vegas, Nevada 89130
Telephone No.: 702-240-6060
Fax No.: 702-240-4267
Email: mmills@blwmlawfirm.com

Counsel for Plaintiff,
Allstate Insurance Company

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA – RENO**

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, as subrogee for Tony Blassingame, <br><br> Plaintiff, <br><br> vs. <br><br> SHENZHEN GLOBALEGROW E-COMMERCE CO., LTD, a foreign international entity D/B/A FLOUREON; SHANXI BAIYAN TROUSERS CHAIN MANAGEMENT CO., LTD, a foreign international entity; DOES I-V, inclusive; and ROE BUSINESS ENTITIES I-V, inclusive, <br><br> Defendants. | CASE NO: 2:17-cv-02862 <br><br> **ORDER GRANTING PLAINTIFF'S REQUEST TO EXTEND TIME FOR SERVICE OF PROCESS** <br><br> (Assigned to Hon. Richard F. Boulware, II and Magistrate Judge Peggy A. Leen) |

The Court having reviewed Plaintiff Allstate Insurance Company's Request To Extend Time For Service of Process, and for good cause appearing:

IT IS ORDERED that Plaintiff shall have an additional nine (9) months, up to and through November 13, 2018 to effectuate service of process on Defendants in the above-captioned matter.

Dated: January 5, 2018

Hon. Peggy A. Leen

2949268v1